**Manu PATEL, Respondent,**

v.

**STATE of Missouri, Appellant.**

**No. ED 84479.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 22, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 11, 2005.

Application for Transfer Denied May 31, 2005.

Michael J. Gorla, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., GLENN A. NORTON, J., and NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

Manu Patel ("movant") appeals from the judgment denying his Rule 29.15 motion for post-conviction relief.

We have reviewed the briefs of the parties and the record on appeal and find no

error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).